UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ROBERT HILL,

                Plaintiff,

  v.

SCORE JAIL, *et al.*,

                Defendants.

CASE NO. C17-1804 RSM-BAT

**REPORT AND RECOMMENDATION**

In this 42 U.S.C. § 1983 action, *pro se* plaintiff Robert Hill contends that defendants—SCORE Regional Jail in Des Moines, Washington and several of its employees—violated his constitutional rights by denying him access for several days to a functional telephone with which to contact his attorney, by using "The WRAP" restraint system on him in a way that injured his foot, and by moving him out of the general population and into the mental-health wing. Dkt. 1. In December 2017, the Court ordered Mr. Hill to show cause why this matter should not be dismissed because the alleged activity giving rise to his claims took place over three years ago and are therefore time-barred. Dkt. 4. Thereafter, the Court granted Mr. Hill three extensions of time to respond to the show-cause order. Dkts. 7, 15, 19. In permitting a third extension of time, the Court warned that no further extensions of time would be granted and that a recommendation of dismissal could be made if a response was not filed by May 11, 2018. Dkt. 19, at 1. Mr. Hill to

REPORT AND RECOMMENDATION - 1

date has not responded to the show-cause order.[1] The Court recommends **DISMISSING** this matter with prejudice for failure to respond to a court order, failure to prosecute, and failure to state a claim upon which relief may be granted.

Section 1983 actions filed in this district apply the three year statute of limitations under RCW § 4.16.080. *RK Ventures, Inc. v. City of Seattle*, 307 F.3d 1045, 1058 (9th Cir. 2002). A § 1983 action accrues and the statute of limitations begins to run when a plaintiff knows or has reason to know of the injury that forms the basis of his or her action. *Bagley v. CMC Real Estate Corp.*, 923 F.2d 758, 760 (9th Cir. 1991). All of Mr. Hill's allegations arise from conduct he alleges occurred between September 28, 2014 and October 7, 2014. Dkt. 1, at 3–10. Primarily, Mr. Hill contends that he was brought to the SCORE Jail on September 28, 2014 and, in the days leading up to a hearing either in Tacoma or Fife Municipal Court on October 3, 2014, he was repeatedly denied access to a functioning phone to call his attorney and materials to file a complaint about his inability to call his attorney. *Id.* Mr. Hill also contends that was restrained with The WRAP for 90 minutes or more in the process of moving him to the mental-health wing on October 2, 2014, where he would have fewer opportunities to contact his attorney than if he had remained in the general population. *Id.* He alleges that defendants restrained him again using The WRAP system on October 7, 2014. Dkt. 1, at 9.

Given the three-year statute of limitations, Mr. Hill was required to file his complaint by October 2017 at the latest. He filed his complaint on December 1, 2017, and signed it on November 30, 2017. Accordingly, his claims are not timely due to the expiration of the three-year statute of limitations. Moreover, Mr. Hill has not responded to the Court's show-cause order

---

[1] The Court received a letter from Mr. Hill on June 15, 2018, in which he asked for paperwork to appeal the dismissal of the present case and another case. Dkt. 22. Because this case has yet to be dismissed, his request for paperwork to appeal the present case is premature.

REPORT AND RECOMMENDATION - 2

over the course of six months and three extensions of time even though he was warned that a failure to respond could result in a dismissal. The Court therefore recommends **DISMISSING** this matter with prejudice for failure to respond to a court order, failure to prosecute, and failure to state a claim upon which relief may be granted.

## OBJECTIONS AND APPEAL

This Report and Recommendation is not an appealable order. Therefore a notice of appeal seeking review in the Court of Appeals for the Ninth Circuit should not be filed until the assigned District Judge enters a judgment in the case.

Objections, however, may be filed no later than **July 12, 2018**, and the Clerk should note the matter for **July 12, 2018**, as ready for the District Judge's consideration. Objections shall not exceed 12 pages. The failure to timely object may affect the right to appeal.

DATED this 19th day of June, 2018.

_____
BRIAN A. TSUCHIDA
Chief United States Magistrate Judge

REPORT AND RECOMMENDATION - 3