UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ROBERT HILL,

    Plaintiff,

v.

SCORE JAIL, *et al.*,

    Defendants.

Case No. C17-1804 RSM

**ORDER OF DISMISSAL**

The Court, having reviewed plaintiff's complaint, the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the remaining record, and no Objections having been filed, does hereby find and **ORDER**:

(1)     The Court adopts the Report and Recommendation.

(2)     This case is **DISMISSED WITH PREJUDICE**.

(3)     The Clerk is directed to send copies of this Order to Plaintiff and to Judge Tsuchida.

DATED this 16th day of July, 2018.

                        RICARDO S. MARTINEZ
                        CHIEF UNITED STATES DISTRICT JUDGE